AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Aaron Quick<br><br>*Defendant* | Case: 1:21-mj-00220<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/10/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Michael Aaron Quick

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Title 18 U.S.C. §§ 1752(a)(1) and (2), Restricted Buildings or Grounds
Title 40 U.S.C. §§ 5104(e)(2)(D) and (G), Unlawful Activities on Capitol Grounds; Disorderly Conduct; Parading and Demonstrating in the Capitol Building

Date:   02/10/2021

2021.02.10
20:59:54 -05'00'
*Issuing officer's signature*

City and state:   Washington, D.C.

United States Magistrate Judge Zia M. Faruqui
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2-11-2021, and the person was arrested on *(date)* 2-12-2021
at *(city and state)* SPRINGFIELD MO

Date: 2-12-2021

*Arresting officer's signature*

SPECIAL AGENT ISAAC MEMASTERS
*Printed name and title*