# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | NO. 21cr201 |
| | ) | |
| Michael Quick | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## LIMITED APPEARANCE OF COUNSEL

The Court will please note the limited appearance of undersigned counsel on behalf of defendant Michael Quick for purposes of a *pro hac vice* motion.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

I have served this filing on the government through the ecf system.

                                              Respectfully Submitted,

                                              <u>By:</u> /s/ *Charles Burnham*
                                              Charles Burnham VSB # 72781
                                              *Attorney for the Accused*
                                              Burnham & Gorokhov, PLLC
                                              1424 K St. NW, Suite 500
                                              Washington, DC 20005
                                              (202) 386-6920 (phone)
                                              (202) 765-2173 (fax)
                                              charles@burnhamgorokhov.com