IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:21-cr-00201 |
| ) | |
| MICHAEL AARON QUICK ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

## MOTION TO TERMINATE PROBATION EARLY

COMES NOW Defendant, Michael Quick by and through Counsel, Joseph S. Passanise and Taylon M. Sumners-Schwartz of WAMPLER AND PASSANISE and moves this Court to terminate probation early in accordance with the <u>Legal Suggestions</u> attached hereto:

## LEGAL SUGGESTIONS

1. Defendants were sentenced on March 17, 2022, to two years of probation, $500 restitution, a $1,000 fine, and $10 special assessment.

2. Defendants have had **No** violations while on probation to date.

3. Defendants have completed all conditions other than the element of time.

4. Defendants have been model probationers.

5. Defense Counsel is now asking the Court for consideration in terminating Defendant's from probation.

**WHEREFORE,** Counsel prays for an Order of this Court terminating Defendant from probation early, and for such other and further relief as the Court deems just and proper.

1

                      Respectfully Submitted

                      _____/s/Joseph S. Passanise_____
                      JOSEPH S. PASSANISE, MO Bar #46119
                      TAYLON M. SUMNERS-SCHWARTZ, MO Bar #73114
                      Attorneys for Defendant

WAMPLER & PASSANISE
Attorneys at Law
2974 E. Battlefield
Springfield, MO  65804
joe@deewampler.com
taylon@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

                      **Certificate of Service**

      I hereby certify that on January 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to U.S. Attorney, Springfield, Missouri.

                      _____/s/Joseph S. Passanise_____
                      Joseph S. Passanise
                      Taylon M. Sumners - Schwartz
                      Attorneys at Law